RECEIVED

JAN 1 5 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION

Wanda Abran + All other Occupants

Plaintiff
Vs

GMC Oakhills, LLC

Defendants,
Natural Indigenous People

SA20CA0055 DAE

) CAUSE NO. _____
) Precinct Court Cause # 21E1902478
) Declaratory Judgment
) Request for Emergency Injunction
) Practicing Color of Law, Peonage,
) and other forms of slavery without consent
) Bexar County Territory
)

**DECLARATORY JUDGMENT COMPLAINT AND A REQUEST FOR EMERGENCY INJUNCTION**

28 USC Sec 2201 and 2202

Violation of the BEXAR COUNTY COURTS operations in it's entirety, with special emphasis on the STATE OF TEXAS *a private corporation,* Statute TEX. "PROPERTY CODE" which stipulates "all of the fiduciary duties of a trustee imposed by the Texas Trust". With emphasis on Chapter 24 forcible entry and detainer. This Statute is a clearly a color of law statute with violates the people rights preserved under the United States of America Constituion 1789 "Bill Of Rights". The different political subdivisions, such as the one in this particular matter BEXAR COUNTY PRECINCT 2 COURT are operating unconstitutional by violating the people rights by what appears to be bribery and a Breach of Trust by the Judge/Justice of the Peace/Magistrate presiding over the matter. The states are subject to the 14th amendment so they can't come up with these unconstitutional laws to subrogate the rights of the people. This would be Jim Crowism and actions contrary to the Ku Klux Klan Act.

This Texas Property Code Statute, emphasis on Chapter 24 violates the people rights in its entire and this is why we ask for an injunction against any judgments been made against this living soul who is a defendant in error. In addition to the Judges/Justice/Magistrate who are acting one sided and receiving U.S currency from the plaintiff's by form of filing fees and writ fees, etc., in order for a defendant to exercise their rights to appeal the case, which they predominately lose, they are required to put U.S. Currency, the amount of their rent or so in the court in order for them to have a right to a fair trial or

hearing pursuant to Appealing the judgment.

The judge and Magistrates in this area are all lawyers and are practicing law from the bench a violation of Federal Code having pecuniary interest in the case. They are not supposed to be sitting on the bench and they have a BAR Card that they have not retired or turned in and are still practicing law. This violates Title 28, Section 455, section 4. The judge is not supposed to have pecuniary interest. The judge is a Texas State Bar lawyer with an Oath of Office and have his BAR Card paying union dues. This disability was founded on the principle that no man can be a judge in his own cause, which was the first enunciated in the Anglo-American jurisprudence by Edward Coke in the Dr. Bonham's Case. Once a person has put on the judicial robe he should abstain from taking part in any judicial act in which his personal interests are involved. In fact, the principle that a man should refrain from being a judge in his own cause is "axiomatic". How would the people who lives on the land have a fair hearing when they have taking the Oath to become a Judge but are acting as lawyers and are practicing law from the BENCH. Technically they are not acting as a judge if they have a BAR Card because they are paying due to the BAR Association and are showing favoritism to the BAR Association which violates his Oath and Bond and the TRUST of the people where the power of the TRUST derives.

This case matter was Removed to this District Court previously in 2019 for specific issue surrounded by this tort action against this Living Souls, Wanda Abram and others, bringing forth this complaint. Previously the court Remanded the Removal back to the Precinct Court where there was injustice done by the judges in this court who appears to be incompetent of their duties to uphold common law, expressed in the United States Of America Constitution under Article VII and Article 9. This same judge, in fact all the judges that have operated out of this court which is not a court of record which is unconstitutional in itself because they can do or say anything against the living souls and the Defendants, operate color of law and it all is being suppressed by this government municipal operations.

This judge Vasguez, Tavares and any other lawyer, knew the court was lawfully and timely removed to Federal Court and with "NO FEAR" of repercussions or punishment for their actions they literally says federal law does not apply to them. They have allowed their fellow BAR Member to admit verbal evidence into the court that did not exist. They allowed the attorney to alter the governmental record, in addition to the case being reminded back to the Justice of The Peace Court Precinct 2, the judge is still violating law by letting the attorney alter the case by deceptively assigning a new case number to the case because hide the fact of the Judge and the court liability to retrieve the original case file # 21E1902478 from the higher county court where the case was forward during the time when it was Removed to Federal Court because the judge said federal law does not pertain to him and he made an unlawful judgment without having jurisdiction to do so. It also appears, however its not evidentiary at this moment that the court may have attempted to hide this tort so they may have assigned a new case number to this matter, therefore hiding all the documents for the courts record. This clearly shows incompetence in their fiduciary duties, obligations as trustees to the TRUST. All these violations and unconstitutional statutes must be address immediately and if any unconstitutional actions of this court will show to even more suppressing of the case evidence. However they have shown by their past actions to be in violation of Federal Codes, color of law and in tune with these KU KLUX KLAN type actions against the people, the living souls and the defendants in these matters.

2

### Federal Law and Supreme Court case apply to state court Howlett v. Rose, 496 U.S. 356 (1990)

### If you have relied on prior decisions of the Supreme Court, your have the perfect defense for willfulness. U.S. v. Bishop, 412 US 346

## An old Maxim of law says it all: "FRAUD VITIATES EVERYTHING."

The Clerk of the court who issues a <u>defective writ</u>, or one not authorized by the Court, is liable; and so is a <u>judge who orders a writ which he had no right to issue or where he had no jurisdiction</u>. Big Torts 128 See Bouviers law Encyclopedia Rawles 3rd revision Pg. 1182.

## United States Constitution Article IV, Section 4, "Guarantee Clause": "The United States shall guarantee to every State in this Union a Republican Form of Government

Take Judicial Notice that this is to certify that I; Wanda Abram, am a living Soul, and is a natural born child of the Most High God by way of my mother (who also is a living Soul and was born a natural living woman by way of her mother), on the land mass in the sovereign Texas State guaranteed to be a Republican Form of Government. I presently live upon the land of the Sovereign Republic Texas State. I the living Soul is not a Resident or Citizen of the UNITED STATES Government (Corporation), the parent (Corporation) over ALL political subdivisions and whose situs is Washington, the District of Columbia. My relationship to that Federal entity as far as jurisdiction is that of a non-resident alien to the Corporate United States Government. However my Birth Certificate "Bond" of live birth have been hypothicated as a surety with the SSN which a TRUST was then created in my same birth name by the US coporation which brought forth a Trust as a person under the 14th amendment.

I am a free and natural human woman and so are my family, any 'All Other Occupants', guests, friends, and associates, having the same status which composes of our Ancestral Spirits, natural born men and natural born women and children and so, described by The Most High God as a "Living Souls/Angelic Beings, who came from the Heavens by the "Word" of our Most High God, now living within this realm, in my flesh and blood body under the common law and the fear of The Most High God's "Wrath on those for Disobedience" *"By one mans disobedience, many were made sinners." Romans 5.*

I and my people have assumed among the Powers of the Earth, granted by the Most High God Almighty, the Separate and Equal Station to which the Laws of Nature and Nature's
God entitle me and the people. Therefore, in order to secure the Blessing of Liberty to my
posterity and myself, it is mandatory of my rights and our people rights to re-acclaim, to re-acquire and for this court's 'Officers' of the court and 'ALL' court's 'Officers' of the court to recognize and observe their "Oath and Bonds" pursuant to the Supreme Law of the Land, the "united states Constitution; my Birthright and my peoples Birthright as we are members of the TRUST "We the People,".

**Now comes by special appearance only, as a** natural living woman, Wand Abram and the "All Other Occupants", who are also the living natural indigenous people who domicile on their ancestral land known as "America", near the corporate territorial, jurisdictional, territorial address, known in your corporate system as, 1847 Babcock Road, # 804, San Antonio, Texas [78229], here after shall be known, as 'All Other Occupants' in this suit, and hereafter collectively Wanda Abram and 'All Other Occupants', also known as "Defendants". The Defendants MOVES TO RECUSE the Executive Administrator/Judge ROBERTO A VAZQUEZ AND OR JUDGE TAVEREZ and any newly assigned Executive Administrator/Lawyer-Judge attempting to hear this matter until, this recusal and disqualification is heard and a Declaratory judgment is made by this court on this matter, the challenge of jurisdiction, Averment of Jurisdiction-Qou Warranto is proven on the record to exist which includes, further proof of their authority and jurisdiction to hear this matter when the case was timely REMOVED to Federal UNITED STATES DISTRICT COURT.

There is a clear sense and previous facts of this court wanting to participate in fraud which violates both united states Constitution and its Article VI Treaty Laws, THE UNITED STATES Constitution, the Texas Constitution, even under fraudulently placing the living natural born man and woman as a Corporate US citizen and person under the 14th Amendment. Wanda Abram and the other Living Souls rights were violated by this Judge making an unlawful judgment in the past without having lawful jurisdiction to do so in the first place. This judge said they did not care about the Federal Courts Jurisdiction and that it did not matter that the case had been removed to federal court. This violates Tort Laws under common law and the Constitution. Even under the Statutory laws, these colorable action violates Title 18 Criminal codes. This violates governmental criminal, civil and commercial laws, international Laws, war crimes, federal US and "State, of Texas", codes, rules, acts, established law and case laws and Treaty laws, named, herein and elsewhere shall support the material evidence of FRAUD and Deception by this court. Defendants Objects to this matter because the Defendants recognize that this judge who is an arm (an Executive Administrator/Lawyer-Judge) for the private "for Profit" corporation, who goes by their business name, **"BEXAR COUNTY COURTS"** which, is a known fact without any more inducing others to commit perjury under perpetuated deception. **"BEXAR COUNTY COURTS"** is a private for profit Business Corporation with an active Dunn and Bradstreet # **070487020** where **"BEXAR COUNTY COURTS"** corporate business credit rating is maintained. For the purpose of sending this file to other venue and Top News Networks, I wanted to be really simple so the average natural person may understand the material facts stated within. *See Investopedia and Business Credit.*

## To explain why this Executive Administrator/Judge should be Recused and/or Disqualified, Defendants asserts the following facts and history.

*"Whoever, having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true, is guilty of perjury and shall be fined no more than $2,000.00 or imprisoned not more than five years or both." 18 U.S.C. §1621*

*18 USC 4 MISPRISION OF FELONY: Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.*

4

*18 USC 2382 MISPRISION OF TREASON: Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.*

We the living Souls in this matter and the People of the TEXAS TRUST request for an immediate injunction PURSUANT to Rule 65 forbidding the Bexar County Precinct 2 Court to enforce a judgment and causing irreparable damages to the Living Souls, also known as the defendants in Error. I ask this court to forbid the Precinct 2 cour and/or any other Bexar County Court or Judge from moving further moving on to proceed with this matter until such Constitutional Declaratory judgment is made by this court.

All Rights Reserved, without recourse and without prejudice,

*Wanda Adam*, Date: 1-14-2020

5